**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In Re:

THOMAS V. GIRARDI, Esq.; WALTER
J. LACK, Esq.; PAUL A. TRAINA,
Esq., et al.,

     *Respondents.*

———————————————

SONIA EDUARDA FRANCO FRANCO;
et al.,

    *Plaintiffs-Appellants,*

    v.

DOW CHEMICAL COMPANY; et al.,
    *Defendants-Appellees.*

Nos. 08-80090
  03-57038

D.C. No.
CV-03-05094-NM
Central District of
California,
Los Angeles

ORDER
AMENDING
ORDER

Filed September 10, 2010

Before: William A. Fletcher, Marsha S. Berzon and
N. Randy Smith, Circuit Judges.

---

## ORDER

The court's published order, filed July 13, 2010, is
amended as follows:

At page 10010 of the slip copy of the order, replace <All
of the Respondents have submitted extensive mitigation mate-
rials that attest to excellent reputations in the legal community
and, for Girardi, Lack and Traina, lengthy records of success-
ful practice, with no prior incidents of discipline.> with <All
of the Respondents have submitted extensive mitigation mate-
rials that attest to excellent reputations in the legal community

13859

and, for Girardi, Lack and Traina, lengthy records of successful practice. No Respondent has a public record of prior discipline.>.